IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Richard A. Pressl and Theresa M. Pressl, ) | |
|         *Plaintiffs*, ) | |
| ) | CASE NO. 7:15-CV-00343 |
| v. ) | |
| ) | **ORDER** |
| Appalachian Power Company, ) | |
|         *Defendant*, ) | Judge Norman K. Moon |

For the reasons stated in the accompanying memorandum opinion, Plaintiffs' Motion to Remand to State Court (docket no. 6) is **DENIED** and Defendant's Motion to Dismiss Plaintiff's complaint (docket no. 3) is **GRANTED**.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this  6th  day of October, 2015.

                                                    _____
                                                    NORMAN K. MOON
                                                    UNITED STATES DISTRICT JUDGE